FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

December 29, 2023

Christopher M. Wolpert
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JESUS AARON BELTRAN-DEL RIO,

    Defendant - Appellant.

No. 23-3261
(D.C. No. 6:23-CM-60025-EFM-1)
(D. Kan.)

_____

## ORDER AND JUDGMENT*
_____

Before **HARTZ**, **CARSON**, and **ROSSMAN**, Circuit Judges.
_____

In this bail appeal, the parties have filed a joint motion to remand for the district court to hold a detention hearing. We grant the parties' motion. We remand for the district court to hold a detention hearing. The mandate shall issue forthwith.

Entered for the Court

Per Curiam

---

* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.